STATE of Missouri, Respondent,

v.

William SCHMIDT, Appellant.

No. 57627.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 20, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

**PER CURIAM.**

Defendant appeals his convictions for second degree burglary and felony stealing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).